**Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00976-CR

**PATRICK  DEWAYNE  SANDERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1468516**

## MEMORANDUM  OPINION

Appellant entered a "guilty" plea to evading arrest. In accordance with the terms of a plea-bargain agreement with the State, the trial court assessed punishment at confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On January 21, 2020, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that this court has jurisdiction. Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal for lack of appellate jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).